MICHAEL P. VERNA (#84070)
STEVEN P. MCFARLANE (#240488)
NATHANIEL B. DUNCAN (#254639)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Floyd A. Wisner
Wisner Law Firm
3N 780 Trotter Lane
St. Charles, IL 60175
Telephone: (630) 513-9434
Facsimile: (630) 513-6287
*Pro Hac Vice* Application Pending

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| RODERICK HARP, Special Administrator of the Estate of Rosie Mae Ahmed, deceased, AFTAB AHMAD SHAHID, Special Administrator of the Estates of Mubashir Shahid, deceased, and Tariq Shahid, deceased, TAHIRA NISAR, Special Administrator of the Estate of Owais Ahmed Khan, deceased, HARRIS SAEED LODHI, Special Administrator of the Estate of Shireen Lodhi, deceased, WASEEM AHMED, Special Administrator of the Estate of Saleem Ahmed, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRBLUE, LTD., a corp., ZAPWAYS, INC., a corporation, TARIQ M. CHAUDHARY<br><br>Defendants. | **CASE NO.: 8:10-CV-01780-AG-RZ**<br><br>**DECLARATION OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS**<br><br>Date: October 31, 2011<br>Time: 10:00 a.m.<br>Ctrm: 10D<br>Hon. Andrew J. Guilford |

1    8:10-cv-01780-AG-RZ
Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596
DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

I, MUNEER MALIK, declare:

1. **BACKGROUND**

1. I am an attorney/advocate and hold all necessary licenses to practice in Courts throughout the Islamic Republic of Pakistan ("Pakistan"). I make this declaration based upon my personal knowledge, experience, background, and training as a practicing lawyer in Pakistan, and am competent to express the opinions herein. I can and would testify to same if called as a witness.

2. I am senior partner of the firm Malik, Chaudhry, Ahmed, Siddiqi & Waheed located in Karachi, Pakistan and have devoted the majority of my practice to civil matters and litigation in Pakistan for the last 35 years. I routinely litigate and appear in the High Court of Sindh and the Supreme Court of Pakistan, as well as the High Courts of all four provinces of Pakistan. Attached as Exhibit "A" is a true, correct, and updated resume of my background and training.

3. My law degree was obtained from the University of Santa Clara, in California, where I graduated magna cum laude. I was admitted to the California Bar in 1974. I then returned to my native Pakistan and enrolled as an Advocate with the High Court of Sindh in 1976, and later enrolled as an Advocate with the Supreme Court of Pakistan in 1984. I currently hold the position of Senior Advocate of the Supreme Court, which is the highest designation available to a lawyer practicing in Pakistan.

4. I have been very active in Pakistani bar association and professional activities, including the following:

- President of the Supreme Court Bar Association, 2006-2007
- President of the Sindh High Court Bar Association, 2002-2003
- President of the Karachi Bar Association, 1986-1987
- General Secretary of the Karachi Bar Association, 1980
- Member of the Pakistan Bar Council, 1990-1995
- Member Supreme Court Advocates, Enrollment Committee 1990-1995

2  8:10-cv-01780-AG-RZ
DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

5. I have also been the recipient of significant awards in Pakistan for my work in advancing human rights through the Courts and promoting the independence of the Pakistani Judiciary in the face of repression from the former government of General Pervez Musharraf, including:

- **Dorab Patel Human Rights Award for the Rule of Law**

    Awarded in 2007 upon election by the members of the Human Rights Commission of Pakistan for work to uphold the spirit of the 1973 Pakistani Constitution, the independence of the Judiciary, and the rule of law.

- **AHRC Defenders Award**

    Awarded in 2008 by the Asian Human Rights Commission in recognition of efforts to fight against military dictatorship in Pakistan and for spearheading protests against General Musharraf's removal and confinement of Chief Justice Iftekhar Chaudhry of the Supreme Court in March, 2007. A true and correct article describing this award is attached as Exhibit "B".

- **Gwangju Prize**

    Awarded in 2008 by the May 18 Memorial Foundation of South Korea for work in opposing political repression of the judiciary in Pakistan and promoting civil rights of Pakistani citizens. The Gwangju Prize was founded in 1994 in honor of the victims of the Gwangju democratic uprising in Korea, and recognizes the individual in Korea or abroad who has most significantly advanced the cause of human rights. A true and correct article pertaining to this award is attached as Exhibit "C".

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

3    8:10-cv-01780-AG-RZ
DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

6. I am often called upon to speak at professional conferences and/or to draft papers dealing with significant legal issues in Pakistani civil law. I have read a number of papers at international seminars and tried hundreds of civil cases. I am the lead counsel in a class action suit filed by affectees of the ecological disaster and injury arising out of the massive spillage of crude oil from the capsized tanker M.T. Tasman Spirit on to Karachi beach and adjoining lands.

7. My law firm was originally established in 1979 and practices primarily in the fields of civil, corporate, commercial, intellectual property, constitutional and administrative law. The firm's clientele consists of national institutions, print and electronic media, telecommunications companies, textiles, banks and other financial institutions, manufacturing, and diverse service providers and individual litigants. My name is listed in the 2010 Client's Guide issued by Chambers Asia as one of the leading individual lawyers in the field of Constitutional law in Pakistan As a consequence, our firm (and I in particular), have a significant amount of experience with the procedural and substantive areas of civil law in Pakistan that bear on the issues in this case.

8. I make this declaration in support of plaintiffs' opposition to the forum non conveniens motion filed by defendant Airblue, Ltd. ("Airblue"). I have reviewed the complaint filed in this action, along with Airblue's motion and the accompanying declarations of Sajid Zahid, a Pakistani lawyer, and Shahid K. Abbasi, the chief operating officer of Airblue. I have also reviewed the laws and regulations in Pakistan pertaining to complex litigation cases such as this.

**PLAINTIFFS WILL INCUR SIGNIFICANT DELAYS IN PAKISTAN COURTS**

9. If this case is dismissed for refiling in Pakistan, all original civil proceedings in the normal course would take place before a single judge. Cases are normally set for trial according to their age, with the oldest cases coming up first irrespective of their length or difficulty.

10. The backlog of cases throughout the Courts of Pakistan is severe. The National Judicial Policy makes a telling observation: "To quote an example, in the province of Punjab, on average, the

4  8:10-cv-01780-AG-RZ
Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596
DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

judicial officer has to deal with a case list of 1668 cases per day, which is humanly not possible." The entire judiciary of Pakistan is facing a backlog of 1,355,869 cases, with as many as 68 judicial posts for judges with the High Courts remaining vacant as of April of this year. In the Islamabad High Court alone, four out of the seven judicial positions are currently vacant. As a result, litigants are facing significant problems in getting their cases heard due the shortage of judges. Recently, approximately 8,500 cases were transferred to the Islamabad High Court from the Lahore High Court. (See true and correct copies of news reports attached hereto as Exhibits D and E). In light of the requirement that a court order be obtained to perform any discovery, and that it typically takes ten or more years for the average non-routine civil case to get to trial in Pakistan, the delays often result in plaintiffs either giving up their meritorious cases or accepting low settlements. For instance the oil spillage case referred to in my declaration is still not ripe for trial as issues or points for determination have still not been settled by the High Court though the case was filed almost 8 years back.

11. Trials in Pakistan courts are not conducted on a day to day basis. In practice, a single case can stay on trial for years. On any given day, over a dozen cases may be listed for trial, but generally only one or two witnesses get examined, if that many. And a case with several plaintiffs and technical issues will take even longer. In my opinion, if this case were dismissed for refiling in Pakistan, it would not likely be tried to verdict for at least 10 years, and if appeals resulted therefrom, several years in addition.

12. Mr. Zahid states in paragraph 61 of his declaration that a Pakistani court could consolidate all cases arising from the crash of Flight ED 202. Mr. Zahid seems to imply that suits brought by separate Plaintiffs could **all** be consolidated. I am of the view that this is not a correct exposition of Pakistan Law. A suit filed by a Plaintiff at Islamabad cannot be consolidated with a suit filed by a Plaintiff at Karachi. Further more consolidation can only be ordered if at least five tests are satisfied, namely (i) the causes are between the **same** parties; (ii) the causes are before the **same** court;

judicial officer has to deal with a case list of 1668 cases per day, which is humanly not possible." The entire judiciary of Pakistan is facing a backlog of 1,355,869 cases, with as many as 68 judicial posts for judges with the High Courts remaining vacant as of April of this year. In the Islamabad High Court alone, four out of the seven judicial positions are currently vacant. As a result, litigants are facing significant problems in getting their cases heard due the shortage of judges. Recently, approximately 8,500 cases were transferred to the Islamabad High Court from the Lahore High Court. (See true and correct copies of news reports attached hereto as Exhibits D and E). In light of the requirement that a court order be obtained to perform any discovery, and that it typically takes ten or more years for the average non-routine civil case to get to trial in Pakistan, the delays often result in plaintiffs either giving up their meritorious cases or accepting low settlements. For instance the oil spillage case referred to in my declaration is still not ripe for trial as issues or points for determination have still not been settled by the High Court though the case was filed almost 8 years back.

11. Trials in Pakistan courts are not conducted on a day to day basis. In practice, a single case can stay on trial for years. On any given day, over a dozen cases may be listed for trial, but generally only one or two witnesses get examined, if that many. And a case with several plaintiffs and technical issues will take even longer. In my opinion, if this case were dismissed for refiling in Pakistan, it would not likely be tried to verdict for at least 10 years, and if appeals resulted therefrom, several years in addition.

12. Mr. Zahid states in paragraph 61 of his declaration that a Pakistani court could consolidate all cases arising from the crash of Flight ED 202. Mr. Zahid seems to imply that suits brought by separate Plaintiffs could **all** be consolidated. I am of the view that this is not a correct exposition of Pakistan Law. A suit filed by a Plaintiff at Islamabad cannot be consolidated with a suit filed by a Plaintiff at Karachi. Further more consolidation can only be ordered if at least five tests are satisfied, namely (i) the causes are between the **same** parties; (ii) the causes are before the **same** court;

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

5

8:10-cv-01780-AG-RZ

DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

(iii) point in issue is substantially common in all actions; (iv) defence is substantially common in all actions; and (v) common evidence is to be recorded. The judgment of a Division Bench of the Sindh High Court reported at 2002 CLC 566 lays down the law. 152 persons were killed in the relevant air crash. Their heirs reside at different places in Pakistan and they are likely to file their cases before the court most convenient to them. Flight ED-202 took off from Karachi and was to land at Benazir Bhutto International Airport but crashed in Margalla Hills at Islamabad. Benazir Bhutto International Airport is located within the limits of the city of Rawalpindi. Cases for wrongful death in respect of the air crash against Airlbue can be filed at no less than three places, namely, Karachi, Rawalpindi and Islamabad. These cases cannot be consolidated.

**PAKISTAN'S RULES PROVIDE FOR LIMITED PRE-TRIAL ACCESS TO PROOF**

13. The scope of discovery under Pakistan law is very limited. No pretrial oral depositions or unilateral discovery is allowed—all discovery must first be approved by the Court and it all must be in writing.

14. The Pakistani discovery rules are contained in Order XI of the First Schedule to the Code of Civil Procedure. Under Rule 1, leave of Court is required for a party to serve written interrogatories on the opposite party, and under Rule 12, a party must apply to the Court for an order requiring the opposite party to produce relevant documents.

15. The fact a Court order is needed to obtain any information necessarily means that the discovery process is delayed while awaiting court rulings. This is particularly troublesome for plaintiffs as Pakistan's Courts are seriously backlogged with cases and understaffed, leading to long delays in obtaining rulings simply to get information.

16. In terms of access to evidence outside of Pakistan, it must be noted that Pakistan is not a signatory to the Hague Convention on Taking Evidence Abroad. To the degree there is evidence beyond the borders of Pakistan concerning the claims made by or against Airblue which is not under the

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

6

8:10-cv-01780-AG-RZ

DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

control of a party, a Pakistani Court would have no power to order such overseas evidence to be produced. Order XVI, Rule 19 of the Code of Civil Procedure specifically states that a person shall not be asked by a Court to attend a hearing or trial in person to give evidence unless that person resides in Pakistan.

17. It is also my understanding that the investigation into the cause of this accident is being conducted by the Pakistan Civil Aviation Authority ("CAA"), and that no public report of its findings has yet been issued. A Pakistani court would have no greater access to the CAA's underlying investigative facts than a non-Pakistani Court, as once the CAA issues its report, it will be available to anyone who wishes to review it. While a Pakistani Court may have the ability to review whether release of the CAA report is warranted in the "public interest", the ultimate disclosure of the report (and any supporting information) would be publicly available for use in proceedings in any Court, whether in Pakistan or Los Angeles.

## BARRIERS TO PLAINTIFFS LITIGATING IN PAKISTAN

18. To litigate their case against Airblue in Pakistan, plaintiffs would have to hire an attorney in Pakistan, incur the costs of prosecution, and attend court hearings in Pakistan. For the American based Harp family, they would literally have to relocate to Pakistan for an extended period of time to follow through with their case, especially when trial commences. As stated above, trials in Pakistan courts can take years, and are frequently interrupted due to other judicial business required of the trial judge. The expenses and interruption to the lives of the Harp family, in particular, would of course be borne solely by them, as those costs are not considered items of damages recoverable against the wrongdoer.

19. Attorneys in Pakistan cannot be compensated based on a contingency or percentage fee. Such fee arrangements fall in to the category of "wagering contracts", which are prohibited under the Pakistan Contract Act as being violative of public policy. Generally, Pakistani attorneys charge an

7  8:10-cv-01780-AG-RZ

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

upfront fee in advance for the entire case based on the expected amount of work and time required. Given the complexities of this case, I would expect an experienced Pakistani attorney to charge an upfront fee of as much as US$150,000, or more. Of course, if plaintiffs (and the Harp family in particular) were unable to pay the required advance, they would be unable to retain a Pakistani attorney and thus prevented from pursuing their case in the Pakistani courts.

20. Perhaps more importantly, as to the American based Harp family, the United States Department of State has issued a Travel Warning recommending against Americans traveling to Pakistan due to the high incidence of kidnappings, murder, terrorism, and harassment of American citizens. This Travel Warning is attached as Exhibit "A" to the Declaration of Roderick Harp. With the U.S. government warning its citizens not to travel to Pakistan, it is curious that Airblue considers Pakistan an available and suitable forum for the American Harp family.

21. Additionally, it is my understanding that all the damages witnesses and evidence to support the claims of the Harp family are located in the United States. Since the Pakistani system does not allow for the taking of pretrial depositions, all such witnesses would have to testify live in trial in Pakistan. It is my understanding that these witnesses will not voluntarily travel to Pakistan, and they cannot be compelled to travel there by the Pakistani courts as the American witnesses are not subject to Pakistani jurisdiction. For the Harp family, it will therefore be next to impossible for all of their damages evidence to be presented to a Pakistani court at trial.

**STATUS OF PENDING ACTIONS IN PAKISTAN**

22. Mr. Zahid makes reference in paragraph 14 of his declaration to two matters currently pending in Pakistani Courts: (1) a petition filed in the High Court of Sindh filed by the Human Rights and Civil Liberties Society of Pakistan ("Sindh Action"), and (2) a petition filed in the High Court of Peshawar by a member of the Pakistani parliament ("Peshawar Action"). Contrary to Mr. Zahid's

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

8

8:10-cv-01780-AG-RZ

DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

declaration, neither of these cases will result in an award of compensation to any of the family members of the innocent victims of Flight ED 202.

23. The Sindh Action is in the nature of a writ for the enforcement of fundamental rights in the public interest and to improve the government's oversight and regulation of Airblue and flight operations practices. Under settled law, the High Court does not, under its writ jurisdiction, have the authority to grant compensation to families of the crash victims or to determine any disputed questions of fact.

24. The Peshawar Action seeks an order directing the federal government to create an independent Board of Inquiry to investigate the crash in place of the CAA, and to determine if it is in the public interest for the investigative report to be made public. This action likewise does not involve a claim for compensation for the victims' families.

**CONCLUSION**

25. In my opinion, forcing the American based Harp family to litigate their case against Airblue in Pakistan will deprive them of their ability to present all of their damages evidence at trial as my understanding is that all of that evidence is located in the United States. Moreover, my understanding is that the Harp family cannot afford to pay upwards of $150,000 for a Pakistani attorney nor can they afford the travel costs, or want to incur the risks to their personal safety, of travel to Pakistan. And any trial in Pakistan is at least a decade away, and maybe longer if claims are appealed. Finally, under Pakistan's Carriage by Air Act, damages recoverable against Airblue are limited to Rs. 39,500 (approx. US$450), though Airblue claims it has increased that on its flights to 1 million Rs. (approx. US$11,350). This low level of award makes it uneconomical for the Harp family to pursue their case in Pakistan.

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

9

8:10-cv-01780-AG-RZ

DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

I declare under penalty of perjury under the laws of the State of California, the United States, and the Islamic Republic of Pakistan, that the foregoing is true and correct, and that this declaration was executed on September 23, 2011 in Karachi, Pakistan.

_____
MUNEER MALIK



TRUE COPY/ATTESTED
ABDUL AZIZ KHATRI
B.A.LL.B.
Advocate & Notry Public
Karachi Pakistan.

2 3 SEP 2011

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

10

8:10-cv-01780-AG-RZ

DEC. OF MUNEER MALIK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS

# BIO DATA
# MUNEER A. MALIK

**NAME:** MUNEER A. MALIK

**FATHER'S NAME:** Late Ghulam Muhammad Malik, Former Vice President, Karachi Stock Exchange, Karachi.

**DATE OF BIRTH:** 8th April, 1950

**MARITAL STATUS:** Married with two children

**NATIONALITY:** Pakistani

**ADDRESS:** F-66/3 Park Lane, Clifton Block 5, Karachi 75600 Pakistan
Phones: +9221-5873221 Fax: +9221-5873223

**RESIDENCE:** 38/2, 25th Street, Off Kh-e-Mujahid, Phase V, DHA, Karachi, Pakistan
Cell Phone +92300-8245486

**EDUCATION:** **Schooling:** "O" Levels, Lawrence College, Ghora Galli, Murree Hills. First Division, 1964.

**College:** F.Sc. First Division 1966, Sindh Muslim Science College, Karachi

**University:**

a). **Bachelor of Science,** Business Administration, San Jose State University, San Jose, California, 1971

b). Law degree: **Juris Doctor,** University of Santa Clara, Santa Clara, California, 1974 graduated magna cum laude.

**PROFESSIONAL:**

a). Admitted to the California State Bar, 1974

b). Admitted to practice as Certified Public Accountant (**CPA**), State of California, 1975

c). Enrolled as **Advocate High Court** of Sindh 3rd February, 1976.

d). Enrolled as **Advocate Supreme Court** of Pakistan. 17th November, 1984

**POSITIONS:**

* President Supreme Court Bar Association 2006-2007

* President Sindh High Court Bar Association 2002-2003

* **Member** Pakistan Bar Council, 1990-95

* **Member** Supreme Court Advocates Enrolment Committee 1990-95

* **President,** Karachi Bar Association, 1986-87

* General Secretary, Karachi Bar Association 1980


EXHIBIT A

**PROFESSIONAL EXPERIENCE:**

a). Presently senior Partner Malik, Chaudhry, Ahmed & Siddiqi

b). Generally practicing on the civil side at the Sindh High Court with a large number of cases reported in Law Journals.

c). Partner, Ahmed & Malik, 1977-97

d). Started law practice in the Chamber of Mr. Khalid M. Ishaque, Advocate, 1976.

e). International Taxes, Price Waterhouse & Co. California, USA 1974-75

Distinctions:

(a) Gwangju Prize for Human Rights for 2008 awarded by the 518 Memorial Foundation, South Korea

(b) Awarded Asian Human Rights Commission Defenders Award for 2007

(c) Awarded Dorab Patel Human Rights Award for the Rule of Law 2007 by the Human Rights Commission of Pakistan

# Two leading Pakistani lawyers to receive 3rd Asian Human Rights Defender Award

*Asian Human Rights Commission*
*Statement by the Asian Human Rights Commission: AHRC-STM-022-2008*

Today, 23 January 2008, the Board of Directors of the Asian Human Rights Commission (AHRC) is pleased to announce that it has decided to grant its 3rd Asian Human Rights Defender Award jointly to Munir Malik, former President of the Pakistan Supreme Court Bar Association, together with his successor, Choudhry Aitezaz Ahsan.

The award is in recognition of the historic leadership role that the lawyers of Pakistan have had in fighting against military dictatorship there during the past year, spearheading the protests against General Pervez Musharraf's unconstitutional removal and illegal confinement of Chief Justice Iftekhar M Chaudhary on 9 March 2007.

The lawyers' movement has attracted interest and immense support of people from all walks of life in Pakistan and the scheme to remove the chief justice was thwarted, although he was again illegally removed from his post, along with 55 other senior judges, including 13 from the Supreme Court, when Musharraf seized power through an unconstitutional declaration of emergency rule at the end of the year.

The lawyers, judges and others of Pakistan have been making great sacrifices to defend the independence of their judiciary as a last bastion against the otherwise unchallenged power of the military. This struggle is continuing today.

The 3rd Asian Human Rights Defenders Award is thus awarded to these two leading lawyers both in recognition of their personal sacrifices as well as to them as representatives of the entire people's movement against dictatorship in Pakistan.

For his leading role in fighting against the removal of the chief justice and promoting the struggle for an independent judiciary, Munir Malik was arrested and drugged, causing him to suffer renal failure. He is still recovering today. Choudhry Aitezaz Ahsan has been kept under detention since the emergency was imposed on 3 November 2007.

The two lawyers' leadership, courage and unswerving commitment to their profession, their integrity and their country are strongly symbolic of their cause. In them we acknowledge and award all of the lawyers, judges and others who have refused to bow down to the immoral pressure of military force, including all of those dismissed from their posts and kept in their houses. They stand today as the representatives of civilized society and institutional commonsense in Pakistan, in stark contrast to the barbarism and primitive feudal order represented by Musharraf and his allies.

By making this award we also again emphasize that the international community is obliged to support the people of Pakistan at a time that they are faced with the very real threat of being subjected to the sole authority of a merciless and self-interested executive authority. We call upon others to join with us in open expression of support for these lawyers and their struggle.

EXHIBIT B

ABOUT THE AWARDEES

Munir A Malik was President of the Supreme Court Bar Association of Pakistan from October 2006 to October 2007. He has fought for the independence of the judiciary and independence of the legal profession consistently. When Chief Justice Iftekhar M Chaudhary was removed unconstitutionally by General Musharraf, he was among the senior lawyers who openly defied the move and led his peers in their struggle to oppose it, which swelled into a massive outpouring of dissent against military dictatorship from people in all quarters and professions. As a result, he was arrested and imprisoned. While held in the notorious Attock Jail under supervision of the ISI, the military intelligence agency, he was given drugs that he was told were painkillers. Thereafter he suffered renal failure. His life was saved only due to massive local and international pressure that led to the authorities acquiescing to the needed medical intervention. He is still undergoing treatment.

Choudhry Aitezaz Ahsan is the serving President of the Supreme Court Bar Association of Pakistan and he too has consistently fought for the independence of judiciary and lawyers. He also led the protests against the attack on the chief justice. He successfully represented the chief justice in the case for his reappointment, despite heavy pressure being brought upon him not to do so. He was put under house arrest together with senior judges and other lawyers when the emergency was imposed illegally on 3 November 2007 and remains there to this day.

ABOUT THE ASIAN HUMAN RIGHTS DEFENDER AWARD

The Asian Human Rights Commission recognizes that human rights and liberties are expanded most by persons willing to make a sacrifice in the defence of these principles. Society is obliged to recognize and honor such sacrifices. For these reasons it has chosen to present awards to human rights defenders at opportune moments. Nominees must be exemplary human rights defenders with whom--or on behalf of whom--the AHRC has worked intensely over some time, and for whom the symbolic act of receiving the award will be significant. Nominations may be submitted to the AHRC executive director by anyone, at any time. The Board of Directors reserves the exclusive right to accept or reject any

nomination.

The inaugural AHRC Human Rights Defender Award was presented to Michael Anthony Fernando in 2003, in recognition of his struggle for basic freedoms in Sri Lanka. Fernando served a nine-month jail term for contempt of court arising from a fundamental rights case in the Supreme Court of Sri Lanka. He was jailed because of his determination to uphold principles of liberty with an uncommon sense of courage, seriousness and self-sacrifice. The UN Human Rights Committee ultimately held that his imprisonment was a violation of his rights under international law. See further: http://campaigns.ahrchk.net/tonyfernando.

The second Human Rights Defenders Award was made posthumously to Somchai Neelaphaijit, a lawyer from Thailand, for his work on behalf of torture victims as a result of which he was abducted and forcibly disappeared by a group of police officers who have never been punished. The award was made in recognition both of his work as well as the emerging movement in Thailand, led by Somchai's wife, Angkhana, to acknowledge and establish a system of accountability relating to disappearances in Thailand. See further: http://campaigns.ahrchk.net/somchai.

Share   Report Abuse   Next Blog»                                          Create Blog   Sign In

# 518 International Solidarity Program

Blogsite of The May 18 Memorial Foundation's Culture and Solidarity Team. A platform to highlight the team's and its networks/partners campaigns, activities, announcements, exchanges, and updates.



Dignity and justice for all of us

WEDNESDAY, MARCH 12, 2008

### Muneer Malik Wins 2008 Gwangju Prize



Today at 3 PM, in a press conference, The May 18 Memorial Foundation in Gwangju, Korea proclaimed Mr. Muneer A. Malik as the winner for the 2008 Gwangju Prize for Human Rights.

Mr. Muneer A. Malik was the former President of the Supreme Court Bar Association who has played an enormous role in the struggle of the lawyers, judges and the rest of the citizens of Pakistan for the independence of the judiciary. Under his leadership he was able to mobilize lawyers and the people to fight the repression imposed by President Musharraf when he declared an emergency and ousted several chief justices and judges. In the 1980's Mr. Malik had been in the forefront of the struggle against the military rule of then President Zia Ul Haq. Mr. Malik was recipient of the 2006 Dorab Patel Award given by the Human Rights Commission of Pakistan.

The May 18 Memorial Foundation



Download our brochure here:
http://twurl.nl/3ms7y6

**Website and Blogsites**

518 Official Website (Korean)

518 English Website

International Internship Program

Gwangju Asian Human Rights Folk School



**Contributors**

Pete Erlano Rahon

may18interns

The May 18 Memorial Foundation

EXHIBIT C



On May 18, 2008 the award will be conferred to Mr. Muneer A. Malik on a ceremony to commemorate the May 18 Gwangju Democratic Uprising. The prize award includes a good medal, a certificate of achievement and US $ 50,000.00.

The Gwangju Prize for Human Rights is an award given to individuals, groups or institutions in Korea and abroad that have contributed in promoting and advancing human rights, democracy and peace in their work. The award is given by the Gwangju people in the spirit of solidarity and gratitude from those whom they have received help in their struggle for democratization and search for truth.



The Gwangju Prize is administered by The May 18 Memorial Foundation, a non-profit organization established on August 30, 1994. It was organized by surviving victims of the 1980 Gwangju Democratic Uprising, the victims' families, and the citizens of Gwangju. The Foundation aims to commemorate and continue the spirit of struggle and solidarity of the May 18 Uprising, contribute to the peaceful reunification of Korea, and work towards peace and human rights throughout the world. Since its establishment, the Foundation has carried out numerous projects in varying fields, including organizing memorial events, establishing scholarships, fostering research, disseminating public information, publishing relevant materials, dispensing charity and welfare benefits, building international solidarity, and awarding the Gwangju Prize for Human Rights.

May Eighteen 1980

Suhan(수한)

518interns

518 Web Feed

Loading...

518 Website RSS

Click to Subscribe



Get one



View my documents on Scribd

pete rahon



**The Free Library** 17,964,420 articles and books

Periodicals / Literature / Keyword / Title / Author / Topic   Search

Member login   TEXT

User name | Password | Login | Remember me   Like 0

Join us   Forgot password?   Submit articles free

The Free Library > Communications > News, opinion and commentary > Balochistan Times (Baluchistan Province, Pakistan) > June 7, 2011
The Free Library > General Interest/Informational > General Interest > Balochistan Times (Baluchistan Province, Pakistan) > June 7, 2011
The Free Library > Date > 2011 > June > 7 > Balochistan Times (Baluchistan Province, Pakistan)

## Four posts of IHC judges still vacant.

Ads by Google

**Public Arrest Records**
See anyone's past criminal history. Unlimited searches. Peace of mind.
InstantCheckMate.com

**Download Audiobooks**
14-Day Free Trial. No Obligation. Listen on your iPod or Mp3 Player!
Audible.com

**Who is Moving In?**
Easy Sign Up & Instant Results Save On: Credit-Eviction-Criminal
www.Saferentdirect.net

**Full-Text Online Library**
Online library of books, journals, articles. Research online.
www.Questia.com/Online_Library

**$6.95 Glasses with Lenses**
Prescription Glasses in Top Quality Frames. Buy Online Now & Save!
EyeBuyDirect.com

**Shop Office Supplies**
Bulk Pricing and Net 30 Terms. We Ship Products Extremely Fast!
NeweggBusiness.com

Link to this page

ISLAMABAD, June 07, 2011 (Balochistan Times): The Islamabad High Court (IHC) has completed five months after becoming functional under the 18th Constitutional Amendment but the offices of four judges are still vacant. According to the 18th Amendment, the Islamabad High Court shall consist of Chief Justice and six other judges to be appointed one from each province, one from Islamabad Capital territory and one from Federally Administered Tribal Areas. Furthermore, the Chief Justice shall also be appointed in rotation respectively. Currently, three judges are performing their duties in IHC including the Chief Justice. Sajjad Afzal Cheema, President of Islamabad High Court Bar Association, The litigants were facing problems due to the shortage of judges as the Court was just taking up old cases on priority basis. Contrary to traditional procedure of appointment of judges, a new process under the 18th Amendment was introduced and now the appointment to the judges of superior judiciary are made through the Judicial Commission and the Parliamentary Committee. About 8,500 cases were transferred from the Lahore High Court Rawalpindi bench to the IHC after its re-establishment. The IHC was established in 2007 after proclamation of Provisional Constitutional Order of 2007 but was disbanded after a larger bench of the Supreme Court headed by Chief Justice Iftikhar Muhammad Chaudhry declared all steps of November 3, 2007 as unconstitutional.

(THROUGH ASIA PULSE)

COPYRIGHT 2011 Asia Pulse Pty Ltd
No portion of this article can be reproduced without the express written permission from the copyright holder.
Copyright 2011 Gale, Cengage Learning. All rights reserved.

Please bookmark with social media, your votes are noticed and appreciated:



**1 Trick to Relieve Joints**   Ads by Google
See how you can relieve your joints with this fast and easy trick...
www.instaflex.com/TryInstaflex

**Designer Checks ®**
Over 70 Designer Checks Available. Low Introductory Prices. Buy Online
DesignerChecks.com/OrderOnline

Reader ratings: 0 [0 vote(s)] You can rate this article by selecting 1 to 5 stars on the left.

### Article Details

Printer friendly | Cite/link | Email | Feedback

Publication: Balochistan Times (Baluchistan Province, Pakistan)
Geographic Code: 9PAKI
Date: Jun 7, 2011
Words: 226
Previous Article: Residents urge NA to Ban on Shisha smoking.
Next Article: Chairman Intellectual Property Organization (IPO-Pakistan) announces IPO best journalist award.
Topics: Judges

AdChoices



$5 CARRYOUT LUNCH
2-Topping Small Pizza,
Penne Pasta (bread bowl may be extra) or an Oven Baked Sandwich.
ORDER A LUNCH   Available until 2 pm

EXHIBIT D





Appearing from Islamabad, Karachi, Lahore, Peshawar, Muzaffarabad & Quetta

Tuesday, July 19, 2011, Shaaban-ul-Moazzam 16, 1432

# IHCBA calls for appointment of judges on priority basis

Like    0    Share

Islamabad—The Islamabad High Court bar Association (IHCBA) on Sunday called for fulfilment of the vacant posts of judges on priority bases.

Talking to APP, newly-elected IHCBA President Chaudhry Ashraf Gujar said the IHC has completed five months after becoming functional under the 18th Constitutional Amendment, offices of four judges are still vacant.

The litigants have been facing problems due to the shortage of judges as the court is only taking up old cases, he added.

It is pertinent to mention here that about 8,500 cases were transferred from the Lahore High Court Rawalpindi bench to the IHC after its re-establishment. To a question, he said the IHCBA has opposed the planned shifting of Islamabad High Court (IHC) from Sector G-10 to NIRC building on Constitutional Avenue.

The IHCBA President said "we have also conveyed our reservations to the district administration not to shift the IHC until the construction of its own building". He opined the shifting of IHC would create problems for lawyers, including space for chambers and bar rooms.

Hiring chambers in Blue Area and other areas near to the Constitutional Avenue will be unaffordable for lawyers because of high rents, he said. Moreover, he added that the NIRC building is not suitable for a court because it lacks required facilities. Regarding the construction of chambers for lawyers in G-10, Ashraf Gujjar said that District Court lawyers would not shift from F-8 till the construction of chambers.—APP

**e paper** click here

TOP STORIES
ISLAMABAD
KARACHI
LAHORE
PESHAWAR
NATIONAL
BUSINESS
FOREIGN
SPORTS
VOICE OF PEOPLE
ARCHIVE
CONTACT US

Columnists



Weather

ISLAMABAD | LAHORE | PESHAWAR | KARACHI | QUETTA

Click on the name of City to see the current weather update

July 2011

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 31 |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Online Users: 1791

Hits Since June, 2008
141835840

© Pakistan Observer 1998-2011,

AdChoices

**THE Court Reporter School**
Top College Since 1940. Day and Night Classes. In-Demand Career.
www.BryanCollege.edu

**Eminent Domain Free Guide**
Free Definitive Guide To Fighting Eminent Domain From Legal Experts
www.FightEminentDomain.com

**Top Criminal Defense Firm**
Get the experts to defend you. Call for Free Consultation 24/7!
LibertyBellLaw.com/criminal-de

**Juvenile Dependency Law**
Premier firm in Los Angeles Experience - Reliability
sdchildlaw.com

**Need A Lawyer?**
Orange County Bar Association Lawyer Referral Service.
www.frisoc.org

Home | Top Stories | National | Business | Sports | Voice of People

EXHIBIT E